NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: DEREK J. WEBB,**
*Appellant*

---

2014-1652

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/429,724.

---

**JUDGMENT**

---

ROBERT ALLEN ROWAN, Nixon & Vanderhye P.C., Arlington, VA, argued for appellant. Also represented by MICHAEL EDWARD CRAWFORD, ALAN M. KAGEN.

SCOTT WEIDENFELLER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, MOLLY R. SILFEN,

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, HUGHES, *Circuit Judges,* and FOGEL *Senior District Judge.*\*)

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 1, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |

\*    Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.